# Tomohiro Kanda, Esq.

**Nippon Press Center Building 6th Floor, 2-2-1 Uchisaiwaicho**
**Chiyoda-ku, Tokyo 100-0011 Japan**
**Tel: 81.3.5501.7216 | Fax: 81.50.3488.5379 | kanda@kanda.law**

May 30, 2022

Via Email Only

NameSilo, LLC
1300 E. Missouri Avenue
Suite A-110
Phoenix, AZ 85014 U.S.A.
Email: legal@namesilo.com

**Re: DMCA NOTIFICATION OF COPYRIGHT INFRINGEMENT**

I am legal counsel to Kakao piccoma Corp. (the "**Copyright Owner**") and I am authorized to act on behalf of the Copyright Owner.

The Copyright Owner's copyrighted works have been published without authorization to kmansin03.com, and according to publicly available information, NameSilo, LLC ("**NameSilo**") was identified as a service provider for kmansin03.com.

The Copyright Owner is the exclusive copyright owner of the copyrighted works described under "Title" and "Original Works" below (the "**Original Works**"), copies of which have been uploaded and made available at the respective links described under "Infringing Works" below (the "**Infringing Works**").

| Title | Original Works | Infringing Works |
|---|---|---|
| 悪女は砂時計をひっくり返す第1話<br>(The Villainess Turns the Hourglass Episode 1) | https://piccoma.com/web/viewer/39588/1161833 | http://kmansin03.com/bbs/board.php?bo_table=2001&wr_id=450&sfl=wr_subject&stx=%E6%82%AA%E5%A5%B3%E3%81%AF%E7%A0%82%E6%99%82%E8%A8%88&spage=9 |
| 継母だけど娘が可愛すぎる第1話<br>(I'm Only a Stepmother, but My Daughter Is Just So Cute! Episode 1) | https://piccoma.com/web/viewer/72467/2001885 | http://kmansin03.com/bbs/board.php?bo_table=2001&wr_id=25389&sfl=wr_subject&stx=%E7%B6%99%E6%AF%8D&spage=5 |

The foregoing is a representative list of the Copyright Owner's copyrighted works that are being infringed on kmansin03.com.

I request that NameSilo expeditiously remove or disable access to the Infringing Works.

My mailing address, telephone number, and email are above. Please provide me with a written assurance that NameSilo has fully complied with this request.

I have a good faith belief that the Infringing Works are not authorized by the copyright owner, an agent of the copyright owner, or the law.

The information in this notification is accurate, and under penalty of perjury, I attest that I am authorized to act on behalf of the owner of an exclusive copyright that is being infringed.

Sincerely,

TOMOHIRO KANDA
Attorney-at-Law