Carlos Makoto Taitano, State Bar No. 275820
 makoto@taitano.us.com
MFPR Roppongi Azabudai Bldg. 11th Floor
1-8-7 Roppongi
Minato-ku, Tokyo 106-0032 Japan
Telephone:    1 671 777 0581

Attorney for Requester
Kakao piccoma Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re DMCA Subpoena to<br><br>NameSilo, LLC | ) Case Number:<br>)<br>) **DECLARATION OF TOMOHIRO**<br>) **KANDA** |

I, Tomohiro Kanda, declare as follows:

1. I am an attorney (*bengoshi* in Japanese) qualified and registered to practice law in Japan, I represent the copyright owner Kakao piccoma Corp. (the "**Requester**"), and I am authorized to act on behalf of the Requester.

3. The Requester is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to NameSilo, LLC, which is a service provider, for identification of the person allegedly infringing upon the Requester's copyrighted work.

4. The purpose for which the subpoena is being sought is to obtain the identity of the alleged infringer and such information obtained will only be used for the purpose of protecting rights under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 30, 2022.

　　　　　　　　　　　　　　　　　　　　　神田知宏
　　　　　　　　　　　　　　　　　TOMOHIRO KANDA

Declaration of Tomohiro Kanda